# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

Clifford W. Taylor,
Chief Justice

132602

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RONALD J. CARNOSKES, JR.,
      Plaintiff-Appellee,

v

                                 SC: 132602
                                 COA: 269439
                                 WCAC: 97-000741

AETNA INDUSTRIES, INC., a/k/a
AZ AUTOMOTIVE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk

s0530